### The Union Pacific Railway Company v. Charlotte Tucker.

ACTION brought in the district court of Ottawa county by *Tucker* against the *Union Pacific Railway Company,* to recover damages because of the failure of her title to certain land by the Kansas Pacific railway company conveyed to her late husband. Judgment for plaintiff, September 2, 1882, for $176.30. Defendant brings the case to this court.

*J. P. Usher,* for plaintiff in error.

*Per Curiam:* The judgment in this case will be reversed, and the case remanded for a new trial, upon the authority of *Whipple v. U. P. Railway Co.,* 28 Kas. 474.